UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:23-cr-468-CLM-GMB |
| RYAN ANTHONY JOHNSON, <br>    Defendant. | |

# ORDER

Defendant Ryan Anthony Johnson is charged with one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. 1). The magistrate judge recommends the court deny Johnson's motion to dismiss the indictment (doc. 14), which argues that § 922(g)(1) violates the Second Amendment. (Doc. 19). Johnson objects to the recommendation (doc. 23) but recognizes that binding Eleventh Circuit precedent forecloses his arguments. *See United States v. Rozier*, 598 F.3d 768, 771 (11th Cir. 2010); *see also United States v. Dubois*, 94 F.4th 1284, 1293 (11th Cir. 2024) (holding that *New York State Rifle & Pistol Association v. Bruen* did not abrogate Eleventh Circuit precedent upholding the constitutionality of § 922(g)(1)).

The court thus **OVERRULES** Johnson's objections (doc. 23), **ADOPTS** the magistrate judge's report (doc. 19), and **ACCEPTS** the magistrate judge's recommendation. Consistent with that recommendation, the court **DENIES** Johnson's motion to dismiss the indictment (doc. 14).

**Done** and **Ordered** on May 14, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE